

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYOUBA CAMARA,<br><br>                              Petitioner,<br><br>    v.<br><br>JEREMY CASEY, Warden,<br><br>                              Respondent. | Case No. 26-cv-3419-BAS-GC<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Ayouba Camara filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Upon review, the Court notes that Petitioner previously brought a Section 2241 Petition in *Camara v. Casey*, 26-cv-02782-RSH-MSB (S.D. Cal. filed Apr. 30, 2026). In that prior case, the Honorable Robert S. Huie denied the Petition on May 22, 2026. *Id.* at ECF No. 7. Judge Huie explained that Petitioner's order of removal became final on May 4, 2026, when the Board of Immigration Appeals dismissed Petitioner's appeal. *Id.* Therefore, as Judge Huie noted, Petitioner "is currently within the 90-day 'removal period' following the date his order of removal became administratively

- 1 -

26cv3419

final, and as such he is subject to mandatory detention pursuant to 8 U.S.C. § 1231(a)(2)(B)." *Id.*

Shortly after Judge Huie denied the prior Petition, Petitioner filed this action. (ECF No. 1.) A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). The Petition here provides no new information or grounds for relief that were not raised in the prior Petition. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition. (ECF No. 1.)

The Clerk of Court shall enter a judgment dismissing this action without prejudice and shall close the case file.

**IT IS SO ORDERED.**

**DATED: June 9, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -